IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3028 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE JAIME HERNANDEZ | ) | ORDER |
| BADILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned held a conference call today with defense counsel William Eustice, plaintiff's counsel Sara Fullerton, and Senior Probation and Pretrial Services Officer Lisa Caviness. It appears that the defendant has failed to communicate adequately with defense counsel, and defense counsel is therefore not prepared for trial next week. With the parties' agreement,

IT IS ORDERED that:

(1)     The defendant shall appear before the undersigned Senior United States District Judge, along with counsel of record, on Wednesday, March 2, 2016, at 12:00 p.m., in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall affirmatively state at this hearing whether he is going to trial or entering a guilty plea.

(2)     Trial of this case as to Defendant Badillo is continued to Monday, March 21, 2016, at 9:00 a.m., as the number one criminal case, for four days, before the undersigned, in Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)     The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161.

DATED this 25th day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge