IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:15CR3028 |
| V. | ) | |
| JOSE JAIME HERNANDEZ BADILLO, | ) | ORDER |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that:

(1) The non-jury trial of this case as to Defendant Hernandez Badillo is scheduled to commence on Monday, April 25, 2016, as the number one criminal case, for four days, before the undersigned Senior United States District Judge, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(2) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

DATED this 13th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge