IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3028 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE JAIME HERNANDEZ BADILLO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

To the extent that the defendant's withdrawal of appeal (filing no. 72) is a motion,

IT IS ORDERED that filing no. 72 is granted. The Clerk of Court shall provide a copy of this order and filing no. 72 to the Clerk of the United States Court of Appeals for the Eighth Circuit.

DATED this 22nd day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge