# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CR3028 |
| v. | ) | |
| JOSE JAIME HERNANDEZ BADILLO, | ) | JUDGMENT |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered in favor of the United States and against the Defendant providing and the § 2255 motion is dismissed with prejudice. No certificate of appealability has been or will be issued.

DATED this 2nd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge