IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3028 |
| vs. | |
| | ORDER |
| JOSE JAIME HERNANDEZ BADILLO, | |
| Defendant. | |

The Court has been advised that the defendant, subject to a 16-month term of imprisonment imposed on April 19, 2024, has been detained pursuant to the Court's October 24 bench warrant (filing 118). Accordingly,

IT IS ORDERED:

1.  The United States Marshals Service shall effect transfer of the defendant to the Bureau of Prisons for service of sentence.

2.  The Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

Dated this 28th day of October, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge